JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DONATUS MCCOY, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BURLINGTON COAT FACTORY DIRECT CORPORATION,<br><br>Defendant. | Case No. CV 12-2261-GW(AGRx)<br><br>**ORDER RE DISMISSAL PURSUANT TO FRCP 41(A)(1)(A)(ii)**<br><br>OSC Re Settlement<br>Date:   August 30, 2012<br>Time:   8:30 a.m.<br>Ctrm:   10 (Spring Street)<br>Judge:  Hon. George H. Wu |

Pursuant to Rule 41(A)(1)(A)(ii) and the parties' Stipulation Re Dismissal:

A. Plaintiff's individual claims are dismissed with prejudice; and

B. The class claims are dismissed without prejudice.

IT IS SO ORDERED.

Dated: _August 31, 2012

_____
HON. GEORGE H. WU
United Stated District Court Judge